IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN K. TOOR,

    Plaintiff,

v.

FARHAD KHAN, et al.,

    Defendants

                                    /

No. C-09-2850 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DIRECTING PLAINTIFF TO SHOW CAUSE WHY CLAIMS AGAINST DEFENDANTS KHAN AND KARAMEHMEDOVIC SHOULD NOT BE DISMISSED; SETTING DEADLINE FOR PLAINTIFF TO SERVE DEFENDANT MORTGAGEIT**

A Case Management Conference in the above-titled action is scheduled for December 11, 2009.

Defendant OneWest Bank, F.S.B. ("OneWest"), however, has recently filed a motion to dismiss the claims alleged against it in the Second Amended Complaint ("SAC"). Further, the docket does not reflect that plaintiff has served the SAC on defendants Farhad Khan ("Khan") or Vanda Karamehmedovic ("Karamehmedovic"), each of whom proceeds pro se and has previously appeared in the instant action.[1] Under such circumstances, the Court finds it would not be productive to conduct a Case Management Conference on

---

[1] Although the record does not expressly indicate service of the First Amended Complaint ("FAC") on either Khan or Karamehmedovic, both Khan and Karamehmedovic joined in the removal of the instant action, which removal occurred after the FAC had been filed.

December 11, 2009.[2]

Accordingly, the Case Management Conference is hereby CONTINUED from December 11, 2009 to March 26, 2010, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than March 19, 2010.

Additionally, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than December 24, 2009, why her claims against Khan and Karamehmedovic should not be dismissed for failure to prosecute.

Finally, because the docket does not reflect that plaintiff has served the SAC on defendant MortgageIt, Inc. ("MortgageIt"), and because plaintiff had previously voluntarily dismissed MortgageIt from the instant action,[3] plaintiff is hereby DIRECTED to serve MortgageIt with a summons and copy of the SAC no later than February 22, 2010, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, or to show cause, no later than December 24, 2009, why it should not be required to do so.

**IT IS SO ORDERED.**

Dated: December 8, 2009

MAXINE M. CHESNEY
United States District Judge

---

[2] Further, plaintiff Susan K. Toor and OneWest have failed to file a Joint Case Management Statement, which statement was due no later than December 4, 2009.

[3] While the instant case was pending in state court, plaintiff served a summons and a copy of the initial complaint on MortgageIt, and served MortgageIt, apparently electronically, with a copy of the FAC. Subsequent to the removal of the instant action, plaintiff, on July 23, 2009, filed a notice by which plaintiff voluntarily dismissed all of her claims against MortgageIt, and the Clerk of the Court subsequently terminated MortgageIt as a party hereto. As a result of the termination, MortgageIt is no longer being served electronically with documents filed in the instant action.