IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUMAN K. TOOR,

        Plaintiff,

  v.

FARHAD KHAN, et al.,

        Defendants

                                  /

No. C-09-2850 MMC

**ORDER GRANTING MADAN AHLUWALIA'S MOTION TO WITHDRAW FROM REPRESENTATION; DIRECTIONS TO CLERK; DIRECTIONS TO PARTIES**

      Before the Court is Madan Ahluwalia's ("Ahluwalia") "Motion to Withdraw from Representation," filed February 1, 2010 and amended February 3, 2010, by which Ahluwalia seeks an order allowing him to withdraw as counsel for plaintiff Suman K. Toor ("Toor"). Defendant OneWest Bank, F.S.B. ("OneWest") has filed opposition,[1] to which Ahluwalia has replied. Having read and considered the papers filed in support of and in opposition to the instant motion, the Court deems the matter suitable for decision on said filings, VACATES the hearing scheduled for March 12, 2010, and rules as follows.

//

//

---

[1] No other party, including Toor, has filed opposition or any other response to the instant motion. Under the Local Rules of this District, any opposition was due no later than February 19, 2010. See Civil L.R. 7-3(a) (providing opposition to a motion "must be served and filed not less than 21 days before the hearing date").

Good cause appearing from the Declaration of Madan Ahluwalia, the motion is hereby GRANTED.[2]

In light of the Court's having granted the instant motion, Toor now proceeds pro se. The Clerk is hereby DIRECTED to reflect on the docket the following contact information for Toor:

> Suman K. Toor
> 1927 Bridge Pointe Parkway
> Suite 103
> San Mateo CA  94404
> (415) 568-4184

All represented defendants are hereby DIRECTED to continue to electronically file all documents.  Additionally, all defendants, whether represented or not, are hereby DIRECTED to serve all documents filed with the Court on Toor at the above-stated address, either by mail or by personal delivery.

Toor is hereby DIRECTED to submit all documents in paper form, specifically, by mailing or otherwise delivering to the Clerk of the District Court, 450 Golden Gate Avenue, 16th Floor, San Francisco CA 94102, an original document along with a chambers copy of any original document, such copy clearly marked "Chambers Copy."  Additionally, Toor is hereby DIRECTED to serve all defendants with a copy of any document she files with the Clerk, and to file proof of such service.  See Civil L.R. 5-6(a).[3]

Finally, the Court notes that defendant MortgageIT, Inc. has filed a motion to dismiss, and that a hearing on said motion is scheduled for April 2, 2010.  Toor is hereby ADVISED that, under the Local Rules of this District, any opposition thereto must be filed

//

---

[2] The Court finds unpersuasive OneWest's argument that the motion should be denied because OneWest may be unable to serve Toor with documents. As discussed below, OneWest may serve Toor by mailing documents to her address of record.

[3] Toor is hereby ADVISED to obtain, either from her former counsel or from the Clerk of the Court, a copy of the Civil Local Rules for the Northern District of California. Alternatively, the Civil Local Rules are available on the District Court's website, specifically, http://www.cand.uscourts.gov.

1 | with the Clerk of the Court and served on defendants no later than March 12, 2010.
2 | **IT IS SO ORDERED.**

Dated: February 26, 2010

MAXINE M. CHESNEY
United States District Judge