IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMAN K. TOOR, | No. C-09-2850 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME; EXTENDING DEADLINE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT** |
| v. | |
| FARHAD KHAN, et al., | |
| Defendants. | |

Before the Court is plaintiff Suman K. Toor's Motion to Enlarge Time, filed April 16, 2010, by which motion plaintiff seeks a ten-day extension of the April 16, 2010 deadline to file a Third Amended Complaint ("TAC"). Defendant MortgageIT, Inc. has filed opposition; no other defendant has filed a response.

Having read and considered the papers filed in support of and in opposition to the motion, the Court hereby GRANTS the motion, for the reason that plaintiff has sufficiently demonstrated the need for the limited extension sought therein. Accordingly, the deadline for plaintiff to file a TAC is hereby EXTENDED to April 30, 2010.

As explained in the Court's March 26, 2010 order, plaintiff is not required to file a TAC, and, if she does not file a TAC by April 30, 2010, the instant action will consist of the state claims alleged in the Second Amended Complaint. Further, as explained in the Court's March 26, 2010 order, if plaintiff files a TAC, she may not add new claims or new

defendants without first obtaining leave of court.

**IT IS SO ORDERED.**

Dated:  April 23, 2010

_____
MAXINE M. CHESNEY
United States District Judge