**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMAN K. TOOR, | No. C-09-2850 MMC |
| Plaintiff, | **ORDER AFFORDING PLAINTIFF LEAVE TO SUPPLEMENT REQUEST FOR LEAVE TO AMEND** |
| v. | |
| FARHAD KHAN, et al., | |
| Defendants. / | |

The Court is in receipt of plaintiff Suman K. Toor's "Request for Leave to Amend," filed May 3, 2010, by which plaintiff seeks leave to file a Third Amended Complaint ("TAC"). Plaintiff did not, however, provide the proposed TAC with her request.

Under the Local Rules of this District, a party "moving to file an amended pleading must reproduce the entire proposed pleading." See Civil L.R. 10-1. Unless and until plaintiff provides her proposed TAC, the Court cannot rule on plaintiff's request.

Accordingly, the Court hereby affords plaintiff leave to supplement her request by filing and serving on all defendants, no later than May 21, 2010, her proposed TAC.[1]

If, as of May 21, 2010, plaintiff has not filed her proposed TAC, plaintiff's request for leave to amend will be denied, and the instant action will consist of the remaining claims in

---

[1] Plaintiff's proposed TAC shall be clearly identified as "Plaintiff's Proposed Third Amended Complaint."

plaintiff's Second Amended Complaint.

If, as of May 21, 2010, plaintiff has filed a proposed TAC, the Court, as necessary, will set a briefing schedule on the request for leave to amend.

**IT IS SO ORDERED.**

Dated:  May 5, 2010

_____
MAXINE M. CHESNEY
United States District Judge